

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00467-CR

| | | |
|---|---|---|
| William Preston Hopper | § | From the 355th District Court |
| | § | of Hood County (CR12877) |
| | § | January 14, 2016 |
| v. | § | Opinion by Justice Gabriel |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the trial court assessed William Preston Hopper's punishment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
　　　Justice Lee Gabriel